# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mister T. Coleman,<br><br>              Plaintiff,<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>              Defendants. | Case No.: 2:25-cv-02427-CDS-EJY<br><br>**ORDER** |

On March 16, 2026, the Court screened Plaintiff's Amended Complaint permitting his Eighth Amendment medical indifference claim against Defendants Deyampurt and Jane Doe Nurse to proceed. The Court dismissed the remaining claims without prejudice, imposed a stay of the case, and ordered the parties to mediate with a court-appointed mediator. The mediation is set for May 22, 2026. ECF Nos. 10, 15.

Currently pending are Plaintiff's Motions to Exclude this action from mediation and to Meet and Greet. ECF Nos. 11, 14. In the Motion to Exclude, Plaintiff argues he will not settle this case. ECF No. 11. In the subsequently filed Motion to Meet and Greet, Plaintiff addresses concerns about exhaustion of his administrative remedies and parole, and asks the Court to reset this case for mediation. ECF No. 14.

The Court finds Plaintiff has experienced a change of heart regarding settling this matter, which renders the Motion to Exclude moot. As Plaintiff states in the Meet and Greet Motion: "I want to … resolve this matter … during mediation. … [and] for this case to be reset for Inmate Early Mediation." *Id*. at 2. The Court notes no responses to Plaintiff's pending Motions were filed by interested party Nevada Department of Corrections.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Exclude Case from Mediation (ECF No. 11) is DENIED as moot.

1

IT IS FURTHER ORDERED that Plaintiff's Motion to Meet and Greet (ECF No. 14) is GRANTED.

Dated this 28th day of April, 2026

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE